UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>D. LOPEZ,<br><br>Defendant. | Case No. 18-cv-00809-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Donna M. Ryu to determine whether it is related to *Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. v. Lopez*, Case No. 14-cv-03013-DMR.

**IT IS SO ORDERED**.

Dated: July 13, 2018

SALLIE KIM
United States Magistrate Judge